UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DEBBIE CONLEY, | : | Case No. 1:10-cv-327 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| | : | |
| THE PROCTER & GAMBLE | : | |
| COMPANY, | : | |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 18); AND (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Doc. 14)

This case is before the Court pursuant to the Order of General Reference in the

United States District Court for the Southern District of Ohio Western Division to United

States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the

Magistrate Judge reviewed the pleadings filed with this Court, and, on September 28,

2011, submitted a Report and Recommendations (Doc. 18). Subsequently, Plaintiff filed

an Objection to the Report and Recommendations (Doc. 20) and Defendant filed a

Response to Plaintiff's Objection (Doc. 21).

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all

of the filings in this matter. Upon consideration of the foregoing, the Court does deter-

mine that such Report and Recommendations should be and is hereby adopted in its entirety.

Accordingly, Defendant's Motion for Summary Judgment (Doc. 14) is hereby

**GRANTED**, and the Clerk shall enter judgment accordingly and terminate this case in

this Court.

**IT IS SO ORDERED**.

Date:   10/21/11

Timothy S. Black
United States District Judge