# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**DEBBIE CONLEY,**

    Plaintiff,

                             **CASE NO.    1:10-CV-327**

**-vs-**

                             **District Judge Timothy S. Black**
                             **Magistrate Judge Stephanie K. Bowman**


**PROCTER & GAMBLE COMPANY,**

    Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED:** that the Court **ADOPTS** the Report and Recommendations of the Magistrate Judge (Doc. 18); and GRANTS Defendant's Motion for Summary Judgment (Doc. 14);  the case is **TERMINATED.**

Date:   October 21, 2011                        **JAMES BONINI, CLERK**

                                                  By: <u>s/ M. Rogers</u>
                                                  Deputy Clerk